IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:97-cr-00051-MP-AK

MYKLE SHOWERS WILLIAMS,

   Defendant.
_____/

## O R D E R

This matter is before the Court on Doc. 22, Motion for Assistance, filed by Defendant Mykle Williams.  In his motion, Mr. Williams states that he is scheduled to complete his sentence in June 2009.  Mr. Williams states that he is trying to get into a half-way house after his release, but that a state warrant for violation of probation is still outstanding.  Mr. Williams believes that this may prevent him from getting into or remaining at the half-way house, and he seeks a writ for the Marshals to transport him to Sarasota to clear this matter up.  It is clear from the record that Mr. Williams has made a concerted effort to better himself during his incarceration.  Unfortunately, the Court does not have the authority to grant his request.  This is a state matter, and the Court cannot allocate federal funds for this purpose.  Therefore, Mr. Williams' motion is denied.

**DONE AND ORDERED** this  *24th* day of March, 2008

                *s/Maurice M. Paul*
              Maurice M. Paul, Senior District Judge